# UNITED STATES DISTRICT COURT

for the

Western District of N.Y.S.

4th Dept. Applt. Division

25 CV 6833

Case No. ______________________

*(to be filled in by the Clerk's Office)*

Desmond Acosta

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

N.Y.P.D. (New York Police Dept.
N.Y.C. Health and Hospitals Corporat.
D.O.C.C.S. (Dept. of Corrections)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

UNITED STATES DISTRICT COURT FILED DEC 29 2025 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Desmond Acosta

All other names by which you have been known:

ID Number: 23B3789

Current Institution Address: Five Points Correctional Facility
State Route 96, P.O. Box 119
Romulus, NY 14541

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name (John Doe): Bellevue Hospital - N.Y.C. Health and Hospitals Corporation

Job or Title *(if known)*:

Shield Number: Office of Legal Affairs, Claims Division

Employer:

Address: 125 Worth St. #527, NY , NY 10013

*City* *State* *Zip Code*

[X] Individual capacity [X] Official capacity

Defendant No. 2

Name: Dr. Acrish

Job or Title *(if known)*: Dept. of Corrections (DOCCS) Custody, City of New York Attorney Corporation Counsel

Shield Number:

Employer:

Address: 100 Church St. 5th Floor, Ny NY 10007

*City* *State* *Zip Code*

[X] Individual capacity [X] Official capacity

Defendant No. 3

Name Police Dept. (NYPD), Riker's Island (John Doe)

Job or Title *(if known)*

Shield Number City of New York Attorney Corporation Counsel

Employer

Address 100 Church St. 5th Floor, NY, NY 10007

*City* *State* *Zip Code*

[X] Individual capacity [X] Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

*City* *State* *Zip Code*

[ ] Individual capacity [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 1st Ammendment rights are being violated, right to life, 14th Ammendment, my right to equal; protection of the law while incarc -erated and the 8th ammendment, my right to freedom from cruel and unusual punishment, and preservation of my right to petition for redress of grievances. My 9th ammendment rights prevent the abridgement of my rights from incarceration or conviction.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

II D) More specifically in February 2023, Officer John Doe of the NYPD, under the color of Law, Riker's Island, Neglected his custodial obligation to my safety, right to life and freedom from cruel and unusual punishment. During breakfast, roughly between 4-6 am, Officer Doe was responsible for keeping watch when I was attacked and injured by another detainee.

I was then brought to Bellevue Hospital for treatment where I was X-rayed and examined by Dr. John Doe that same morning, February 2023. As a medical practitioner under the color of Law for medical responsibility of Riker's Island (NYPD/DOCCS), Dr. Doe violated my right to life, adequete clinical care and the 14th Ammendment of equal protection of the Law, by deliberately neglecting his obligation and denying my treatment for the 7 months I was under his care. His indifference to the treatment, that he told me was time-sensitive to reduce and prevent complication, compounded my orbital fracture into glaucoma, permanent double vision and chronically hindered sight. He was aware and knowing of my condition as he explained the necessity of surgery upon observation.

Dr. Acrish of Green Haven Correctional Facility was my healthcare provider under the custodial color of law

delegated by DOCCS under NYS. For over 19 months I was neglected, deprived and mistreated through the denial of time-sensitive necessary medical care. I was diagnosed with glaucoma during this time (2024), a direct result of not obtaining the surgery to support and stabilize my left eye. Glaucoma now jeopardizes my eye entirely, despite my numerous written and verbal complaints of eye pain, disorientation and difficulty seeing I've been provided no treatment whatsoever. Instead, incidentally, I was prescribed glasses that exacerbated the strain on my eye increasing pain and deterioration. Even my explicit reminders to the Dr. Acrish that I was due for surgery or some remedy to alleviate my worsening condition were ignored. My complaints of these issues were ignored and neglected by both the clinic and facility grievance center of Green Haven, DOCCS. I also now suffer a permanent affliction of breathing problems and pressure imbalance due to my nasal fracture and maligned/dislodged septum.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Green Haven C.F. under DOCCS, Riker's Island under NYPD and Bellevue Hospital were responsible for my care and custody with their agents under the color of Law. Dr. Acrish was an agent of Green Haven / DOCCS being the appointed healthcare provider, Doccs is a state entity. Officer Doe an agent of NYPD/Riker's/Doccs and Dr. John Doe of Bellevue Hospital /Riker's/Doccs.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

IV

On February 2023 while in Riker's Island custody, pretrial, I was attacked and injured by another detainee under the care of the NY PD approximately 4:00 am (Breakfast). I was taken to the hospital where an x-ray revealed an orbital fracture of my left eye and na -sal fracture in my left nostril.

I was brought to Bellevue Hospital twice in 2023 while s -till in City custody and recieved no treatment despite suffering permanent double vision, eye pain and physical assymetry in the face. The doctor told me I would need surgery to install a metal plate in my left eye to support the afflicted region. This would prevent muscle atrophy, glaucoma, blindness and incapacity of my left eye; complications from my initial injury. To treat my eye injury I would need muscle surgery to regain my original sight in addition to the metal plate.

However the doctor that told me this had at least 7 mon -ths to at the very minimum initiate some treatment or remedy. Both Bellevue Hospital and Riker's Island (NYPD) deprived me of necessary medical attention and neglected me, for an injury sustained in their custody.

As a result I have now developed glaucoma, eye pressure , sinus issues, double vision and coordinated sight problems. My injury has complicated into a permanent affliction that worsens over time without treatment and may still lead to blindness and or an inability to move the eye. I recieved this diagnosis from a specialist in 2024 when Greenhaven sent me to an external facility on a medical trip. I was told I would return for preop -eration diagnostics but in the remaining year and a half that I was in Green Haven custody I recieved no treatment despite compla -ints and requests to see a doctor. I had plead numerous times to the Green Haven clinic, verbally and in writing, for relief or treatment for my eye pain, double vision, difficulty seeing, trouble with coordinated sight and further deterioration of my left eye. I was neglected and deprived, I resorted to the grie- vance system and I have exhuasted all of my options.

My medical provider was initially Dr. Acrish but was changed, he also clarified the necessity of the metal plate installation and muscle surgery. I grieved Green Haven for prescribing glasses that made my pain and vision worse as medical malpractice that exacerbated my now permanent affliction of double vision and glaucoma, on July 2024. The grievance was ignored so I grieved again recieving confirmation of an appeal to Albany, C.O.R.C. wrote to me and I have still gotten no help whatsoever. I've written to and contacted countless resources , lawyers, Legal Aid and other intervening parties. A law firm (Amy Jane Agnew) advocated on my behalf for my now deteriorating condition and nasal pressure imbalance in 2025 which Green Haven Correctional Facility also ignored.

I am now at a different facility with worsening, blurry strained vision in my left eye without having gotten any form of medical care at all.

Section IV (Statement of Claims)

First Claim: Deliberate indifference to my medical needs by Dr. Acrish and Dr. John Doe of Green Haven Correctional (DOCCS) and Bellevue Hospital (Riker's Island) respectfully. (Jan. 2024 - June 2025)

Second Claim: Unconstitutional conditions of confinement from Riker's Island, NYPD and DOCCS on the parts of Officer John Doe (NYPD - Riker's), Dr. John Doe (Bellevue Hospital) and Dr. Acrish (DOCCS - Green Haven) where I was not only injured in custody but intentionally deprived of medical care which hurt me further by worsening my condition. (Feb. 2023 - June 2025)

Third Claim: Denial of Equal Protection, 14th ammendment, while in Green Haven C.F. and Riker's Island I am entitled to safe custody and adequete humane medical support of which I was denied entirely by Officer Doe (2-2023), Dr. Doe (Feb.- Sept. 2023) and Dr. Acrish (Jan. 2024 - June 2025).

Fourth Claim: 1st Ammendment, defendant cannot abridge my right to petition for redress of grievances. Officer Doe of NYPD/Riker's Island denied my access to adequete legal resources and support to address my medical and

custodial concerns. Dr. Acrish under the color of DOCCS / Green Haven C.F. ignored my grievances regarding my treatment despite appeal and documentation, even explicit advocacy from a legal representative was disregarded. (Officer Doe / NYPD Feb. - Sept. 2023) (Dr. Acrish / DOCCS, Jan 2024 - June 2025).

Fifth Claim: 8th Ammendment, I have a right to freedom from cruel and unusual punishment. While in Green Haven C.F., (11-2023 - 6-2025) Dr. Acrish not only deliberately neglected my condition but I was prescribed glasses that exacerbated my pain and deterioration. This medical malpractice and indifference is a form of intentional cruelty and a violation of my rights.

Sixth Claim: 9th Ammendment, Incarceration and or legal custody doesn't permit the state to deny my right to life, good health. Dr. Acrish (2024-2025) cannot use my conviction to justify negligence of my medical care and safety. Dr. Doe (Bellevue 2023), Officer Doe (NYPD 2023) and Dr. Acrish (DOCCS / Green Haven 2024-25) violated the exercise of my right to life, petition to redress of grievances and freedom from cruel and unusual punishment which I retain while in prison. My grievances and the obligation to my treatment were deliberately neglected by these agents of the state.

C. What date and approximate time did the events giving rise to your claim(s) occur?

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained an orbital and nasal fracture that required time-sensitive treatment surgery to prevent deterioration. I was supposed to have surgery to place a titanium plate under my left eye for support and treat my double vision. After installing the plate to prevent worse complication I would need eye muscle surgery to regain proper use of my left eye. I was denied all treatment and any medical attention, now I have developed glaucoma, I risk loss of vision, eye and possible blindness now. Breathing issues from nasal fracture and dislodged septum.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I demand damages for the physical and psychological problems caused by DOCCS, NYPD and Bellevue's negligence. My eye hurts everyday, I get dizziness from my double vision and at times cannot focus to see at all. If I was in safe custody I would have never been injured, if I were treated I would not be in pain, partially blind and afflicted with glaucoma, permanent double vision. I demand $2,000,000, two million dollars in damages and appropriate medical attention - treatment.



I suffer discomfort from my nasal fracture and maligned septum that hinder my breathing.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

G Building, The Boat, Otis Bauntum (Riker's Island)
Green Haven Correctional Facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [x] No
- [ ] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

Green Haven Correctional Facility

2. What did you claim in your grievance?

Medical Malpractice, Medical Deprivation and Indifference.

3. What was the result, if any?

I appealled to Albany and the superintendant with no results.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I wrote a grievance to Green Haven's Inmate Grievance Committee, after recieving no recourse, I appealed to the Superintendant, I appealed to C.O.R.C., Albany and I had legal representation advocate on my behalf to Green Haven Directly, all to no result.

I sent a notice of intent to the Attorney General.

NEW YORK STATE | Department of Corrections and Community Supervision

KATHY HOCHUL
Governor

DANIEL F. MARTUSCELLO III
Commissioner

## MEMORANDUM

From: Rachael Seguin, Director, Incarcerated Grievance Program

SUBJ: Receipt of Appeal

Date: 7/18/2025

~~Cayuga CF~~ Five Points

D ACOSTA 23B3789
Green Haven Correctional Facility
Your grievance GH-1366-24 entitled
Inadequate Care For Double Vision
was rec'd by CORC on 1/6/2025

9

**A disposition will be sent to you after the grievance is reviewed by CORC**

# INCARCERATED GRIEVANCE RESOLUTION COMMITTEE
## ACKNOWLEDGEMENT OF RECEIPT

TO: Desmond Acosta DIN: 23B3789 LOC. A2- 204

FROM: IGRC OFFICE: Incident date: 7/29 Action Request: _____ Signature: _______

CODE: 22 TITLE: TREAT Double Vision

This notice is to inform you that your grievance has been received by this office on 8/14. It has been given the log number GH 1366-24. AUG 16 2024

Your log number, DIN, and cell location must be included on any inquiry made concerning your grievance. If you do not receive a hearing within 16 days of receiving this receipt contact IGRC.

Upon completion of an investigation into your grievance, you will be scheduled for an IGRC hearing. According to Directive #4040 if you do not appear for the hearing without a legitimate reason, the IGRC will hold a hearing in absentia.

If your grievance is numbered as part of a consolidated issue, you may or may not be called for a hearing. However, you will receive a copy of the grievance committee's decision, and you may appeal any decision in accordance with Directive #4040.

Directive #4040 701.3(a) *Inmate's Responsibility*. An incarcerated individual is encouraged to resolve his complaints through the guidance and counseling unit the program area directly affected, or other existing channels (informal or formal) prior to submitting a grievance. Although a facility may not impose pre-conditions for submission of a grievance, the failure of an incarcerated individual to attempt to resolve a problem on his own may result in the dismissal and closing of a grievance at an IGRC hearing.

*Notice of Return: ***Please resubmit with correction requested.***

Please be advised that your grievance received on _________ , is being returned to you via callout for one or more of the following reasons. You will be placed on a callout to meet with an IGRC Representative or IGP Supervisor to address any issues.

___ No action request, please indicate one.

___ No incident date noted.

___ No signature

___ Non-grievable per Directive #4040

___ Unable to understand handwriting.

___ Loss/damage of property is addressed by utilizing the claim mechanism in accordance with Directive #2733.

___ Other (as indicated below):

IGP Supervisor Stanaway ____[signature]____ IGP Supervisor Pickett ______________

# LAW OFFICE OF AMY JANE AGNEW, P.C.

Dr. Mark Stillman, Acting FHSD
Billie Tuohy, Deputy Superintendent of Health
Green Haven Correctional Facility
594 Rt. 216
Stormville, New York 12582-0010

April 1, 2025

**VIA Electronic Mail**

**RE: Mr. Desmond Acosta, DIN #23B3789**

Dear Dr. Stillman and Ms. Tuohy:

This firm writes on behalf of a patient in your care, Mr. Desmond Acosta, DIN #23B3789 who has been under your care. Mr. Acosta reports a history of double vision and has been diagnosed with glaucoma, which has resulted in elevated pressure in his left eye. These eye-related issues have caused persistent pain, difficulty focusing his vision, and severe dizziness. Mr. Desmond's symptoms indicate a need for specialized care, and we kindly request that he be referred to an ophthalmologist or other appropriate specialist for an urgent evaluation of his condition.

Additionally, Mr. Acosta has reported a nasal fracture, which has disrupted the pressure in his nasal cavity. This has led to noticeable physical irregularities in his respiration, including a blocked or altered airflow, significant discomfort, and difficulty breathing. Moreover, this fracture has caused misalignment in his sinuses, which has inhibited his sense of smell and resulted in ongoing discomfort from sinus pressure. Given the persistent nature of these symptoms, we kindly request that Mr. Acosta be referred to an otolaryngologist (ENT specialist) or another appropriate healthcare professional for an in-depth evaluation of his nasal and sinus condition.

A necessary Authorization for Release of Health Information executed by Mr. Acosta, pursuant to the Health Insurance Portability and Accountability Act ("HIPAA"), is enclosed. Thank you in advance for your prompt attention to Mr. Acosta's concerns.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
AJA/ha

cc: Desmond Acosta *via USPS Mail*
*Beriquete v. Martucello III, et al.*, 79-cv-5077 Counsel *via email*

*New York Office*
24 Fifth Avenue, Suite 1701
New York, NY 10011
(973) 606-0334
hailey@ajagnew.com
*New Jersey Office*
36 Page Hill Road
Far Hills, NJ 07931

# LAW OFFICE OF AMY JANE AGNEW, P.C.

Mr. Desmond Acosta, DIN #23B3789
**Green Haven Correctional Facility**
594 Rt. 216
Stormville, New York 12582-0010

April 1, 2025

**VIA USPS FIRST CLASS MAIL**

Dear Mr. Acosta:

Enclosed, please find a copy of the advocacy letter our office has written on your behalf. We hope this helps!

Take care and if you have any questions or concerns, please do not hesitate to write our office.

Very truly yours,

***/s/ Hailey***

Hailey
Litigation Assistant to Amy Jane Agnew, Esq.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Leticia James, Esq.
NYS Attorney General
Dept. of Law, The Capitol
Albany, N.Y. 12224-0341

9590 9402 8241 3030 6078 73

2. Article Number *(Transfer from service label)*

89 0710 5270 0684 5585 35

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X RECEIVED ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

OCT 1 8 2024

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

NYS DEPT OF LAW
ADMINISTRATIVE SERVICES

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 8241 3030 6078 73

OA-22-045

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Desmond Acosta #23B3789
G.H.C.F. - P.O. Box 4000
594 Route 216
Stormville, N.Y. 12582-4000

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)

   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

No

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)

   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-8-25

Signature of Plaintiff [signature]

Printed Name of Plaintiff Desmond Acosta

Prison Identification # 23B3789

Prison Address Five Points C.F., State Route 96, P.O. Box 119

Romulus | NY | 14541
City | State | Zip Code

### B. For Attorneys Pro Se

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City State Zip Code

Telephone Number

E-mail Address

Desmond Acosta, 13B3789, 11-B1-17
Five Points Correctional Facility,
State Route 96, P.O. Box 119
Romulus, New York 14541

CERTIFIED MAIL

9589 0710 5270 3112 5555 71

neopost
12/19/2025
US POSTAGE $012.42
ZIP 14541
041M11272007

Retail

U.S. POSTAGE PAID
FCM LG ENV
ROMULUS, NY 14541
DEC 22, 2025

UNITED STATES POSTAL SERVICE

14202

$0.00

RDC 99

S2324P506457-3

RETURN RECEIPT
REQUESTED

Western District Federal Court
United States District Court Clerk
U.S. Courthouse
2 Niagara Square
Buffalo, NY 14202

USDC - WDNY
DEC 29 2025
BUFFALO

Five Points Correctional
Facility
Legal Mail Only