UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/12/2026___
```

| | |
|---|---|
| DESMOND ACOSTA,<br><br>                              Plaintiff,<br><br>-against-<br><br><br>N.Y.C. HEALTH AND HOSPITALS<br>CORPORATION, et al.,<br><br>                              Defendants. | |

**26-cv-2488 (GHW) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of Plaintiff's additional supporting materials for his Motion for Pro Bono counsel. (ECF Nos. 26–29). The Court denied this request and the materials do not warrant any change. (ECF No. 25).  Accordingly, the request for pro bono counsel is denied.

**The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 26 and 28 and to mail a copy of this order to the Plaintiff. Further, opposing counsel is respectfully asked to email a copy of this order to the Plaintiff to the address he has previously provided.**

**SO ORDERED**.

Dated: May 12, 2026
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge