

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/23/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESMOND ACOSTA,

                              Plaintiff,

-against-


N.Y.C. HEALTH AND HOSPITALS
CORPORATION, et al.,

                              Defendants.

**26-cv-2488 (GHW) (KHP)**

<u>**ORDER**</u>

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of the City of New York's letter filed June 22, 2026, pursuant to the Court's April 23, 2026 *Valentin* Order.  The Law Department has identified the John Doe Correction Officer who was on duty when Plaintiff was attacked in February 2023, as former Correction Officer Sonjoy Mojumdar.  Although the Law Department states that Plaintiff was transported to Elmhurst Hospital, not Bellevue Hospital, the Law Department does not provide an identification of the John Doe doctor that treated Plaintiff in 2023.  Therefore, the Law Department is directed to identify the John Doe doctor that treated Plaintiff in January 2023 and file former Correction Officer Sonjoy Mojumdar's residential address under seal by **June 26, 2026**.

Within thirty days of receiving this information, Plaintiff must file an amended complaint naming the John Doe defendants.  The amended complaint will replace, not supplement, the original complaint.  Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing service on the newly named defendants.

**The Clerk of the Court is respectfully directed to mail a copy of this order to the Plaintiff.**

**SO ORDERED**.

Dated: June 23, 2026
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2