USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/15/2026

MEMO ENDORSED

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**SHREYA KRISHNAMURTHY**
*Assistant Corporation Counsel*
Phone: (212) 356-2671
Fax: (212) 356-3540
Email: shrekris@law.nyc.gov

July 14, 2026

**BY ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 11201

Re: Desmond Acosta v. City of New York, et al.,
26 Civ. 02488 (GHW) (KHP)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendant the City of New York ("City") in the above-referenced matter. The undersigned writes to respectfully request: (1) an adjournment of the Initial Case Management Conference presently scheduled for July 23, 2026 at 10:00 a.m. to a date and time convenient for the Court after the individuals have been identified pursuant to the Court's June 30, 2026 Order, plaintiff files an amended Complaint naming the newly identified individuals, and those newly identified individuals have been served and appear in this matter, and (2) a corresponding adjournment of the deadline for the defendants to submit a proposed Case Management Plan and Scheduling Order. This is the first request of this kind. The undersigned was unable to expediently contact plaintiff for his consent due to plaintiff's present incarcerated status. Counsel for defendant New York City Health and Hospitals ("H+H") consent to this request. The undersigned attempted to contact Mr. Michael James Keane, Esq., from the Office of the Attorney General for the State of New York, for his position via email but did not receive a response prior to the time of this filing.

By way of relevant background, plaintiff, who is proceeding *pro se*, brings this action, pursuant to 42 U.S.C. § 1983, alleging, *inter alia*, claims for failure to protect, deliberate indifference to medical needs, and violations of due process arising from an incident on or about

February 2023. Plaintiff purports to name the New York City Health and Hospitals, New York City Police Department ("NYPD"), New York State Department of Corrections and Community Supervision, and Dr. Acrish as defendants in this action. See ECF No. 1. On April 23, 2026, the Court issued an Order of Service "(1) dismiss[ing] Plaintiff's claims against the New York City Police Department ("NYPD") and the New York State Department of Corrections and Community Supervision ("DOCCS"); (2) add[ed] as Defendants, under Rule 21 of the Federal Rules of Civil Procedure, the City of New York, and DOCCS Deputy Commissioner and Chief Medical Officer Dr. Carol Moores; (3) direct[ed] service through the U.S. Marshals Service on Defendants Dr. Acrish, New York City Health + Hospitals ("H+H"), and Dr. Moores, and request[ed] that the City of New York waive service of summons; and (4) direct[ed] counsel for H+H and the New York City Law Department to assist Plaintiff in identifying the John Doe defendants he seeks to sue." ECF No. 20. The Court's April 24, 2026 Order, *inter alia*, scheduled a telephonic initial case management conference and ordered defendants to file a proposed Case Management Plan. See ECF No. 22. On June 22, 2026, defendant City identified former Correction Officer Sonjoy Mojumder in accordance with the Court's Valentin Order dated April 23, 2026 and provided his service address on June 26, 2026. See ECF Nos. 45, 50. The Court's June 30, 2026 Order granted defendant H+H's request for an extension of time until July 27, 2026 to respond to the Court's April 24, 2026 Valentin Order, ordered plaintiff to file an amended Complaint "within thirty days of receiving this additional information from the New York City Law Department and H+H regarding the identification of other defendants," and granted an "extension until August 20, 2026 for Defendants Acrish and Moores to respond to the Complaint." ECF No. 54.

The reason for the instant request is that, upon information and belief, defendant H+H's deadline to identify individuals in accordance with the Court's June 30, 2026 Order is July 27, 2026, after which plaintiff has thirty days to file an amended Complaint naming the newly identified individuals. These individuals will then need to be served and respond to the Amended Complaint. Additionally, defendant City respectfully submits that this Office has not presently undertaken the representation of any individually named defendants in this matter. Once the individually named defendants are served, pursuant to Section 50-k of the New York General Municipal Law and based on a review of the case, this Office must determine whether it will represent defendant Sonjoy Majumder in this action. Defendant Majumder must then decide whether he wishes to be represented by this Office. If so, this Office must obtain his written authorization. Only after this process has been followed can this Office determine how to proceed in this case. See General Municipal Law § 50(k); see also Mercurio v. City of New York, 758 F.2d 862, 864-65 (2d Cir. 1985); see also Williams v. City of New York, 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985) (noting that the decision to bestow legal representation upon individual defendants is made by the Corporation Counsel as set forth in state law).

Accordingly, the undersigned respectfully requests: (1) an adjournment of the Initial Case Management Conference presently scheduled for July 23, 2026 at 10:00 a.m. to a date and time convenient for the Court after the individuals have been identified pursuant to the Court's June 30, 2026 Order, plaintiff files an amended Complaint naming the newly identified individuals, and those newly identified individuals have been served and appear in this matter, and (2) a corresponding adjournment of the deadline for the defendants to submit a proposed Case Management Plan and Scheduling Order.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Shreya Krishnamurthy*

Shreya Krishnamurthy
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **VIA FIRST-CLASS MAIL**
Desmond Acosta
*Plaintiff pro se*
DIN: 23B3789
Five Points Correctional Facility
6600 State Route 96
Caller Box 119
Romulus, NY 14541

**VIA ECF**
David Kenneth Bohrer
Gina Bernardi Di Folco
*Attorneys for Defendant H+H*

Michael James Keane
*Office of the Attorney General of the State of New York*

**APPLICATION GRANTED: The telephonic Initial Case Management Conference scheduled for Thursday, July 23, 2026, at 10:00 a.m. is hereby rescheduled to Wednesday, September 30, 2026 at 10:00 a.m. It is hereby ORDERED that the Warden or other official in charge of the Five Points Correctional Facility produce plaintiff DESMOND ACOSTA, DIN # 23B3789, on September 30, 2026, no later than 10:00 a.m., to a suitable location within the Five Points Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants counsel. If the scheduled time and date presents a hardship, the Warden or the Wardens designee should promptly inform chambers by calling (212) 805-0234. Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Five Points Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; (3) complete the Proposed Case Management Plan For Pro Se Plaintiffs and e-mail it to Parker_NYSDChambers@nysd.uscourts.gov, and (4) telephone Judge Parkers teleconference line at (646) 453-4442, ID: 101 140 088#, with the plaintiff on the line, at the time and date of the conference. The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

**APPLICATION GRANTED**

Katharine H Parker

**Hon. Katharine H. Parker, U.S.M.J.**
**07/15/2026**