USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESMOND ACOSTA,

Plaintiff,

-against-

N.Y.C. HEALTH AND HOSPITALS CORPORATION, et al.,

Defendants.

**26-cv-2488 (GHW) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of Plaintiff's letter dated August 5, 2026, objecting to adjournments of the case management conference, requesting leave to file sanctions, and requesting that the record reflect Defendants' inability to identify the doctor that treated Plaintiff for the alleged injuries. The Court notes Plaintiff's objection but nevertheless adjourned the conference. The Initial Case Management Conference in this matter is now scheduled for September 30, 2026 at 10 am.

The Court has found that Defendant fulfilled its obligation to identify the doctors who treated Plaintiff and the doctors are identified at ECF No. 59 in a status letter dated July 22, 2026, that the Court attaches for Plaintiff's reference. Defendant is reminded to serve copies of all correspondence on Plaintiff and to file an affidavit of service of same.

Insofar as Plaintiff requests leave to file a motion for sanctions pursuant to Federal Rule of Civil Procedure 37, this request is denied without prejudice. The Court has not yet set a discovery schedule, therefore, any discovery sanctions are premature.

**The Clerk of the Court is respectfully directed to mail a copy of this order to the Plaintiff. Further, opposing counsel is respectfully asked to email a copy of this order to the Plaintiff to the address he has previously provided.**

**SO ORDERED**.

Dated: August 10, 2026
New York, New York

Katharine H Parker
______________________________
KATHARINE H. PARKER
United States Magistrate Judge

McALOON & FRIEDMAN, PC
**Attorneys at Law**
**One State Street Plaza**
**New York, New York 10004-1561**
**Telephone: 212-732-8700 | Facsimile: 212-227-2903**
**Firm E-mail: McAF@mcf-esq.com**

**DAVID BOHRER**
**Telephone Ext: 2220**
**E-mail: davidbohrer@mcf-esq.com**

July 22, 2026

***Via* ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Desmond Acosta v. New York City Health and Hospitals et al.**
**Case No.: 26 CV 2488 (GHW)(KHP)**
**Our File: 005-53426**

Dear Judge Parker:

This office represents defendant, New York City Health and Hospitals Corporation s/h/a Bellevue Hospital Hospital-N.Y.C. Health and Hospitals Corporation in the above-referenced matter. Please accept this letter response to the *Valentin* order dated April 22, 2026, that directs New York City Health + Hospitals to identify the "John Doe doctor that treated Plaintiff at Bellevue in 2023" as well as the *Valentin* order dated June 30, 2026 that directs the New York City Health + Hospitals to identify the "John Doe doctor that treated Plaintiff at Elmhurst Hospital."

Please be advised that, despite diligent efforts, we are unable to identify the John Doe doctor from Bellevue as described by plaintiff in the complaint. Specifically, plaintiff states that he was seen at Bellevue in February 2023 where he was x-rayed and examined by a doctor. He also states that he was seen by this doctor for 7 months. In plaintiff's June 30, 2026 letter, he further states that the "Bellevue doctor saw plaintiff twice over an approximately 5-7 month period…".

However, the Bellevue Hospital medical records reflect that, following plaintiff's Elmhurst Hospital Emergency Department encounter on January 19, 2023, he was referred to Bellevue Ophthalmology to be seen in 2-3 weeks. Although there was an Ophthalmology visit scheduled for February 10, 2023, plaintiff was listed a "no show" for that visit and was not seen. The Bellevue records further contain cancelled visits to the Bellevue ENT Clinic on April 20, 2023 and April 25, 2023. Plaintiff then had visits in the ENT Clinic on June 6, 2023 and July 11, 2023 where he was seen and examined. The records contain no further visits. Based on the

above, we are unable to identify the John Doe doctor from Bellevue whom plaintiff describes in his complaint and letter. The records are clear that he was not seen by a doctor at Bellevue in February 2023 and that his only visits to Bellevue were in the ENT Clinic in June/July 2023.

Additionally, despite diligent efforts, we are unable to identify the John Doe doctor from Elmhurst. Please note that Elmhurst is not referenced in the complaint, nor is the date of the single visit plaintiff had in Elmhurst's Emergency Department ("ED"). In his June 30, 2026 letter, plaintiff states that "Elmhurst Dr. Doe was not as harmful as Bellevue Dr.'s failure" and that the "Elmhurst Dr. Doe 'saw' plaintiff on date of injury but subsequently for majority of the plaintiff's detainment." It is unclear, therefore, whether intends to name any Elmhurst doctor as a defendant herein.

The records for the Elmhurst ED visit on January 19, 2023, which only counsel for the defendant City of New York, not the plaintiff, has identified as the date of injury, reflect that plaintiff was seen and examined by multiple doctors, including emergency medicine doctors and consulting doctors in plastic surgery and ophthalmology. Also, he underwent a CT scan of the facial bones that showed a left orbital floor/medial orbital wall fracture. The record shows no further encounters at Elmhurst. Based on the above, we are unable to identify the one John Doe doctor whom plaintiff describes in his letter.

Thank you for your attention to this matter.

Very truly yours,

David Bohrer

David Bohrer DB9257

cc: ***via* First Class Mail**
Desmond Acosta
Plaintiff *Pro Se*
23B3789
FIVE POINTS CORRECTIONAL FACILITY
6600 State Route 96
Caller Box 119
Romulus, NY 14541

***via* ECF**
New York City Law Department
Special Federal Litigation Division
Counsel for Defendant, City of New York
100 Church St
New York, NY 10007
Attn: Shreya Krishnamurthy

Office of The Attorney General(NYS)
Counsel for Defendants Carol Moores and Albert Acrish
28 Liberty Street, 21st Floor
New York, NY 10005
Attn: Michael Keane