USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESMOND ACOSTA,<br>Plaintiff,<br>-against-<br>N.Y.C. HEALTH AND HOSPITALS CORPORATION, et al.,<br>Defendants. | **26-cv-2488 (GHW) (KHP)**<br>**ORDER** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of Plaintiff's letter dated August 5, 2026, requesting that the deadline for Defendants' compliance with the Valentin Order be extended, requesting discovery and pro se counsel, and requesting that the U.S. Marshalls be directed to effect service on behalf of Plaintiff. The Court has found, in its July 31, 2026 order at ECF No. 65, that Defendant fulfilled its obligation to identify the doctors who treated Plaintiff and the doctors are identified at ECF No. 59 in a status letter dated July 22, 2026. This Court also previously denied Plaintiff's request for pro bono counsel under the factors set forth in *Hodge v. Police Officers*. 802 F.2d 58 (2d Cir. 1986). As Plaintiff has been continuously able to plead his case and his claims have not changed in their complexity, the Court denies Plaintiff's request for counsel, without prejudice, for the reasons set forth in its April 30, 2026 Order located at ECF No. 25.

Insofar as Plaintiff requests that the Court compel Defendants to produce discovery, this request is denied without prejudice. The Court has not yet set a discovery schedule, therefore, any motions to compel production of discovery are premature. Finally, because Plaintiff has raised concerns regarding the service of his amended complaint on Defendants, the Court reminds Plaintiff that in its July 31, 2026 Order located at ECF No. 65, the Court directed the

U.S. Marshalls to effectuate service on behalf of Plaintiff.

**The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 71 and mail a copy of this order and a copy of the docket sheet to the Plaintiff. Further, opposing counsel is respectfully asked to mail a copy of this order to the Plaintiff to the address he has previously provided.**

**SO ORDERED**.

Dated: August 26, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge