USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/22/2026

McALOON & FRIEDMAN, PC
Attorneys at Law
One State Street Plaza
New York, New York 10004-1561
Telephone: 212-732-8700 * Facsimile: 212-227-2903
Firm E-mail: McAF@mcf-esq.com

DAVID BOHRER
Telephone Ext: 2220
E-mail: davidbohrer@mcf-esq.com

September 22, 2026

***Via* ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Desmond Acosta v. New York City Health and Hospitals et al.**
**Case No.: 26 CV 2488 (GHW)(KHP)**
**Our File: 005-53426**

Dear Judge Parker:

This office represents defendant, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION s/h/a BELLEVUE HOSPITAL HOSPITAL-N.Y.C. HEALTH AND HOSPITALS CORPORATION, in the above-referenced matter.

On September 3, 2026, the Court granted our letter motion requesting an extension of time to answer/respond to the complaint to October 15, 2026. We plan on filing a pre-answer motion to dismiss on behalf of our clients by the October 15, 2026 deadline. Subsequently, co-defendant City of New York's motion to extend the time to answer was extended by Court order, also to October 15, 2026.

**In light of the above, we request an adjournment of the Initial Case Management Conference scheduled for Wednesday, September 30, 2026 at 10:00 a.m. It is requested that the Conference be adjourned until after our pre-answer motion to dismiss is decided and all parties have answered. This request is made on the consent of all defendants.**

This is our first request for an adjournment of the Initial Case Management Conference. A prior request by the City of New York was granted on July 15, 2026.

Thank you for your attention in this matter.

Very truly yours,
***David Bohrer***
David Bohrer DB9257

cc: ***via* First Class Mail**
Desmond Acosta
Plaintiff *Pro Se*
23B3789
FIVE POINTS CORRECTIONAL FACILITY
6600 State Route 96
Caller Box 119
Romulus, NY 14541

***via* ECF**
New York City Law Department
Special Federal Litigation Division
Counsel for Defendant, City of New York
100 Church St
New York, NY 10007
Attn: Shreya Krishnamurthy

Office of The Attorney General(NYS)
Counsel for Defendants Carol Moores and Albert Acrish
28 Liberty Street, 21st Floor New York, NY 10005
Attn: Michael Keane

**APPLICATION GRANTED IN PART: The telephonic Initial Case Management Conference scheduled for Wednesday, September 30, 2026 at 10:00 a.m. is hereby rescheduled to Thursday, December 17, 2026, at 10:00 a.m. It is hereby ORDERED that the Warden or other official in charge of the Five Points Correctional Facility produce plaintiff DESMOND ACOSTA, DIN # 23-B-3789, on December 17, 2026, no later than 10:00 a.m., to a suitable location within the Five Points Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants counsel. If the scheduled time and date presents a hardship, the Warden or the Wardens designee should promptly inform chambers by calling (212) 805-0234.Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Five Points Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; (3) telephone Judge Parker's teleconference line at (646) 453-4442, ID: 101 140 088#, with the plaintiff on the line, at the time and date of the conference. The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

APPLICATION GRANTED IN PART

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

09/22/2026