USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESMOND ACOSTA,

Plaintiff,

-against-

N.Y.C. HEALTH AND HOSPITALS CORPORATION, et al.,

Defendants.

**26-cv-2488 (GHW) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of Plaintiff's request for default judgment to be entered against Defendant, City of New York, and for the Defendant to be held in contempt of Court and sanctioned for the various extensions in the case.

The Court denies Plaintiff's request for default judgment as moot. Although Plaintiff purports that the City of New York has failed to respond to his amended complaint. The City responded to the Amended Complaint on October 15, 2026, in accordance with the Court's extension that was granted on September 14, 2026, requesting leave to file its motion to dismiss. (ECF Nos. 80, 84). On October 19, 2026, the Court then set a briefing schedule for the motion, setting the deadline for the City of New York's motion to dismiss on November 15, 2026. (ECF No. 89). Furthermore, counsel for the City of New York entered an appearance on May 28, 2026. (ECF No. 43). Therefore, the Court finds that Defendant, City of New York, has not failed to appear and default judgment would be improper at this time, as the deadline for the City of New York to file its anticipated motion to dismiss has not yet passed.

As to Plaintiff's request that the Defendants be held in contempt for failure to provide Plaintiff with his medical records pursuant to HIPPA, the Court denies Plaintiff's request without

prejudice as premature. The Initial Case Management Conference has not yet been held in this matter, and the discovery schedule has not yet been set. The Conference is set to occur on Thursday, December 17, 2026, at 10:00 AM. The Court will hear concerns that Plaintiff may have regarding access to his medical records at the Initial Case Management Conference. Additionally, insofar as Plaintiff notes that alleged violations of HIPPA are a breach of contract or in violation of federal law, such claims do not appear in Plaintiff's Amended Complaint and are not a part of this action.

Finally, Plaintiff also requests that sanctions be issued against all defendants for the various extensions requested in this action; the request is improper. As noted above, the discovery schedule has not yet been set in this action, and the Court has granted each of the extensions at its discretion. Plaintiff's request for sanctions is denied without prejudice.

**The Clerk of the Court is respectfully directed to mail a copy of this order to the Plaintiff. Further, opposing counsel is respectfully asked to mail a copy of this order to the Plaintiff to the address he has previously provided.**

**SO ORDERED**.

Dated: November 2, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge