USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2026

APPLICATION GRANTED
Hon. Katharine H. Parker, U.S.M.J.
11/13/2026

STEVEN BANKS
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**GENE DIRKS**
*Senior Counsel*
Tel.: (212) 356-1981
Fax: (212) 356-3509
edirks@law.nyc.gov

November 12, 2026

**By ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The Court grants Defendant, City of New York's request for an extension. Defendant's motion to dismiss shall be due **November 23, 2026**.

Re: Desmond Acosta v. N.Y.C. Health and Hospitals Corp., et al., 26-CV-02488 (GHW)(KHP)

Your Honor:

I am a Senior Counsel with the New York City Law Department and the attorneys representing Defendant City of New York, in the above-referenced case. I write to respectfully request a brief one week extension of time, from November 15, 2026 to November 23, 2026, for Defendant City to file and serve their Motion to Dismiss.[1] (*See* ECF Docket # 89). This is the first request for such an extension, and due to Plaintiff's status as an incarcerated *pro se*, the undersigned was unable to contact him for his consent to this request.

The reason for this request is that City's requires a few more days to finalize its motion papers. To the extent the Court is inclined to grant this request, it is also respectfully requested that the Court extend the contingent dates by a week as set forth below:

- Defendant City's Motion to Dismiss to be filed and served by November 23, 2026;
- Plaintiff's Opposition to be filed and served by January 6, 2027;
- Defendant City's Reply to be filed and served by January 20, 2027.

Upon information and belief, the requested extension should not be a hindrance to the case. Defendant thanks the Court for its time and consideration.

Respectfully submitted,

[1] Defendant City's Motion to Dismiss is currently due on November 15, 2026, but this is a Sunday. Defendant City is requesting one additional week to complete this Motion, so Monday, November 23, 2026, would perhaps be a suitable date, should this please the Court.

/s/ Gene Dirks

Gene Dirks
*Special Federal Litigation Division*

Cc: ***via* First Class Mail**
Desmond Acosta
23B3789
Five Points Correctional Facility
6600 State Route 96
Caller Box 119
Romulus, NY 14541
PRO SE

***via ECF***
David Kenneth Bohrer
Counsel for N.Y.C. Health and Hospitals Corporation
McAloon & Friedman, P.C.
123 William Street
New York, NY 10038
212-732-8700
davidbohrer@mcf-esq.com

Office of the Attorney General (NYS)
Counsel for Defendants Carol Moores and Albert Acrish
28 Liberty Street, 21st Floor, New York, NY 10005
Attn: Michael Keane